IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

JOSE DE JESUS URZUA, ET AL,

        Plaintiffs,        No. 2:12-cv-2740-TLN-EFB

   vs.

ROBERT BURKETT, ET AL.,

        Defendants.        <u>ORDER</u>

     This matter is before the court on Plaintiffs' Motion to Strike Defendants' Affirmative Defenses. (ECF No. 10.) In response, Defendants filed a Statement of Non-opposition (ECF No. 17) stating that it does not oppose Plaintiffs' motion, but seeks leave to amend. As such, this Court GRANTS Plaintiffs' motion to strike Defendants' Answer with leave to amend. Defendant shall file an amended answer that conforms with Federal Rule of Procedure 8 within fifteen days.[1]

        IT IS SO ORDERED.

DATED:     July 12, 2013

                                                  Troy L. Nunley
                                                  United States District Judge

---

[1] This matter was submitted without oral argument on July 8, 2013. (Minute Order, ECF No. 18); *see also* E.D. Cal. Local Rule 230(g).