UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS DE LEON, JOSE DE JESUS URZUA, RUBEN GALLO, RUBEN GALLO JR., JUAN MANUEL GALLO, CRECENSIO SANCHEZ, ALEJANDRO ROMO MORALES, JOSE ROBERTO SANTOS CASTRO, VICENTE SANTOS CASTRO, RICARDO TRUJILLO, LUIS GALLO, and MELKISEDEC BARRERA, on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>BURKETT'S POOL PLASTERING, INC., ROBERT BURKETT, and MATTHEW WINDORSKI,<br><br>Defendants. | No. 2:12-cv-2740-TLN-EFB<br><br>ORDER AFTER HEARING |

On March 12, 2014, the court heard defendant Burkett's Pool Plastering, Inc.'s motion for a protective order and request for attorney's fees, which the court construes as a motion for sanctions. ECF No. 36. Attorney Mark Van Brussel appeared on behalf of defendants; attorney Joseph Sutton appeared on behalf of plaintiffs. For the reasons stated on the record, the motion for sanctions is denied and the motion for a protective order is denied.

DATED: March 18, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE