|   |   |
|---|---|
| 1 | STAN S. MALLISON (SBN 184191) |
|   |   stanm@themmlawfirm.com |
| 2 | HECTOR R. MARTINEZ (SBN 206336) |
|   |   hectorm@themmlawfirm.com |

STAN S. MALLISON (SBN 184191)
  stanm@themmlawfirm.com
HECTOR R. MARTINEZ (SBN 206336)
  hectorm@themmlawfirm.com
MARCO A. PALAU (SBN 242340)
  mpalau@themmlawfirm.com
JOSEPH D. SUTTON (269951)
  jsutton@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| JESUS DE LEON, JOSE DE JESUS URZUA, RUBEN GALLO, RUBEN GALLO JR., JUAN MANUEL GALLO, CRECENSIO SANCHEZ, ALEJANDRO ROMO MORALES, JOSE ROBERTO SANTOS CASTRO, VICENTE SANTOS CASTRO, RICARDO TRUJILLO, LUIS GALLO, and MELKISEDEC BARRERA, on behalf of all similarly situated individuals, | Case No. 2:12-cv-02740 |
|---|---|
| | **[~~PROPOSED~~] ORDER RE: PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS AND PRODUCTION OF DOCUMENTS** |
| Plaintiffs, | Complaint Filed:    November 6, 2012<br>Trial Date:    August 31, 2015 |
| vs. | Date:    November 12, 2014<br>Time:    10:00 a.m. |
| BURKETT'S POOL PLASTERING, INC., ROBERT BURKETT, and MATTHEW WINDORSKI | Place:    Courtroom 8, 13th floor<br>Robert T. Matsui United States Courthouse<br>501 I Street<br>Sacramento, CA  95814 |
| Defendants. | |

1
~~PROPOSED~~ ORDER RE: PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS AND PRODUCTION OF DOCUMENTS    *CASE NO. 2:12-CV-02740*

1  On November 12, 2014 at 10:00 a.m. a hearing was held on Plaintiffs' Motion to Compel Depositions and Documents in this action.

The Court having read and considered the papers on the motion, the arguments of counsel, and the law, and good cause appearing it is hereby ORDERED that:

1. The discovery cut-off date for completion of fact discovery in this matter is continued from November 13, 2014 to January 13, 2015.

2. Defendant Matthew Windorski must be produced for deposition.

3. Defendant Burkett's Pool and Plastering, Inc. ("Burkett's) must produce the following individuals, with the same or similar sounding names, for deposition if they are currently employed by Burkett's: Bruce Shield, Jeff Steely, Mike Santos, Rick Screeknore and Jeremy Sparks. Should individuals by these or similar sounding names no longer be employed by Burkett's, Burkett's must promptly provide the last known contact information for said individuals.

4. Plaintiffs may subpoena Randy Bradshaw and Randy Shudoks (or individuals with similar sounding names) for deposition prior to January 13, 2015. Defendants are ordered to promptly produce the last known contact information for these individuals or individuals with similar sounding names.

5. As for plaintiffs' Motion to Compel Production of Documents Nos. 1-12 (see Doc. 58), the court is inclined to grant the motion and require defendants to produce documents responsive to the discovery request, which was first served on June 18, 2013, and again requested on June 4, 2014.  However, defendants' counsel argued at the hearing that there has not been a full meet and confer on the matter of any privileges or other objections that may have been asserted in a timely response.  The court will therefore permit the attorneys to complete the meet and confer process as to those documents to determine whether there remains a genuine dispute over a timely-preserved privilege (including a timely-produced privilege log).  Likewise, the attorneys may address in that meet and confer process any other timely preserved objections.

/////

/////

PROPOSED ORDER RE: PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS AND PRODUCTION OF DOCUMENTS                          *CASE NO. 2:12-CV-02740*

1    If the parties continue to have an unresolved dispute as to any documents, they shall complete a joint statement pursuant to E.D. Cal. L.R. 251.  The meet and confer shall be completed, and the joint statement filed, by no later than November 19, 2014.  Should a dispute arise, a hearing on the matter shall be noticed for December 10, 2014.

6.    The deposition ordered herein shall be scheduled to begin no later than December 8, 2014, provided that no disputes regarding the document production remain unresolved.

7.    Plaintiffs' motion for sanctions is denied without prejudice to being renewed upon completion of the meet and confer process as to the documents requested.

DATED:  November 14, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE