UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS DE LEON, ET AL., | No. 2:12-cv-02740-TLN-EFB |
| Plaintiffs, | |
| v. | **ORDER DENYING DEFENDANTS' MOTION TO RECONSIDER** |
| BURKETT'S POOL PLASTERING, INC. ET AL., | |
| Defendants. | |

  This matter is before the Court pursuant to Defendants Burkett' s Pool Plastering, Inc., Robert Burkett, and Matt Windorski's (collectively referred to as "Defendants") Motion to Reconsider Magistrate Judge Brennan's Ruling (ECF No. 71).  Defendants contend that Magistrate Judge Brennan's ruling in which he amended the scheduling order to accommodate extending the discovery cutoff is clearly erroneous and contrary to law.

  The Court has considered Defendants' request and finds that Magistrate Judge Brennan's ruling is not clearly erroneous or contrary to law, as required pursuant to Local Rule 303(f).  *See also* Fed. R. Civ. P. 72(a).  In fact, the Court is aware of the tactics that Defendants have employed throughout discovery in an effort to impair Plaintiffs' discovery requests.  Thus,

///

///

1  Defendants are now on notice that such behavior will not be tolerated by this Court.  The Court
2  agrees with the Magistrate Judge's well-reasoned decision and thus DENIES Defendants' motion
3  for reconsideration (ECF No. 71).

5       IT IS SO ORDERED.

7  Dated:  December 2, 2014

                                    Troy L. Nunley
                                    United States District Judge