STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
  MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
  JSutton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION**

| | |
|---|---|
| JESUS DE LEON, JOSE DE JESUS URZUA, RUBEN GALLO, RUBEN GALLO JR., JUAN MANUEL GALLO, CRECENSIO SANCHEZ, ALEJANDRO ROMO MORALES, JOSE ROBERTO SANTOS CASTRO, VICENTE SANTOS CASTRO, RICARDO TRUJILLO, LUIS GALLO, and MELKISEDEC BARRERA, on behalf of all similarly situated individuals,<br><br>           Plaintiffs,<br><br>     vs.<br><br>BURKETT'S POOL PLASTERING, INC., ROBERT BURKETT, and MATTHEW WINDORSKI<br><br>           Defendants. | Case No. 2:12-cv-02740-TLN-EFB<br><br>[~~PROPOSED~~] **ORDER RE: PARTIES' STIPULATION TO EXTEND THE DISCOVERY DEADLINE**<br><br>Complaint File:     November 6, 2012<br>Trial Date:            August 31, 2015 |

1
[~~PROPOSED~~] ORDER RE: PARTIES' STIPULATION TO EXTEND DISCOVERY DEADLINE
*CASE NO. 2:12-CV-02740*

PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS:

1. That the fact and expert discovery deadline in this matter be extended to February 13, 2015;

2. That Defendants will produce all documents/data in their custody, control and/or possession responsive to Plaintiffs' RFP Nos. 1-12 (Doc. 58) by December 19, 2014;

3. That the hearing on Plaintiffs' Motion to Compel now scheduled to be heard on December 11, 2014 be continued to January 7, 2015;

4. The parties will request that the January 7, 2015 hearing will be taken off calendar should Defendants complete production of documents noted herein.

DATED:  December 10, 2014               **MALLISON & MARTINEZ**

                                        By:   /s/     Joseph D. Sutton

DATED:  December 10, 2014               **CAROTHERS DISANTE & FREUDENBERGER**

                                        By:   /s/     Mark Van Brussel

So Ordered.

DATED:  December 10, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE