STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
  MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
  JSutton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| JESUS DE LEON, JOSE DE JESUS URZUA, RUBEN GALLO, RUBEN GALLO JR., JUAN MANUEL GALLO, CRECENSIO SANCHEZ, ALEJANDRO ROMO MORALES, JOSE ROBERTO SANTOS CASTRO, VICENTE SANTOS CASTRO, RICARDO TRUJILLO, LUIS GALLO, and MELKISEDEC BARRERA, on behalf of all similarly situated individuals,<br><br>        Plaintiffs,<br><br>   vs.<br><br>BURKETT'S POOL PLASTERING, INC., ROBERT BURKETT, and MATTHEW WINDORSKI<br><br>        Defendants. | Case No. 2:12-cv-02740<br><br>**[PROPOSED] ORDER RE: PARTIES' STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO COMPEL & EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES**<br><br>Complaint File:   November 6, 2012<br>Trial Date:        August 31, 2015 |

1	PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS:

   1. That the fact and expert discovery deadline in this matter be extended to March 11, 2015;

   2. That Defendants will complete production of documents/data in their custody, control and/or possession responsive to Plaintiffs' RFP Nos. 1-12 (Doc. 58) by January 14, 2015;

   3. That the hearing on Plaintiffs' Motion to Compel now scheduled to be heard on January 7, 2015 be continued to January 21, 2015;

   4. The parties will request that the January 21, 2015 hearing will be taken off calendar should Defendants complete production of documents noted herein; and

   5. The parties request that the dispositive motion deadline be extended from April 9, 2015 to May 7, 2015.

   6. The parties are admonished that further requests to modify the scheduling order will be looked upon with disfavor.

So Ordered.

Dated:  January 6, 2015

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE