STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
  MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
  JSutton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| JESUS DE LEON, JOSE DE JESUS URZUA, RUBEN GALLO, RUBEN GALLO JR., JUAN MANUEL GALLO, CRECENSIO SANCHEZ, ALEJANDRO ROMO MORALES, JOSE ROBERTO SANTOS CASTRO, VICENTE SANTOS CASTRO, RICARDO TRUJILLO, LUIS GALLO, and MELKISEDEC BARRERA, on behalf of all similarly situated individuals,<br><br>        Plaintiffs,<br><br>    vs.<br><br>BURKETT'S POOL PLASTERING, INC., ROBERT BURKETT, and MATTHEW WINDORSKI<br><br>        Defendants. | Case No. 2:12-cv-02740<br><br>[~~PROPOSED~~] ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS<br><br>Complaint File:    November 6, 2012<br>Trial Date:        August 31, 2015 |

1. On January 21, 2015 at 10:00 a.m. this matter was before the court for hearing on Plaintiffs' Motion to Compel Deposition and Documents (Docs. 51 & 58).

The Court having read and considered the papers on the motion, the arguments of counsel, the law, and good cause appearing, it is hereby ORDERED that:

1. Plaintiffs' Motion is GRANTED.

2. Defendants must complete production of documents/data in their custody, control and/or possession responsive to Plaintiffs' Request for Production of Documents, Set One, Nos. 1-12 by February 4, 2015.

3. Plaintiffs' request for monetary sanctions is GRANTED.  Plaintiffs' shall file a reply to defendants' January 22, 2015 objections to the declaration of Joseph Sutton by February 4, 2015.

So Ordered.

Dated:  January 28, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE