1  STAN S. MALLISON (Bar No. 184191)
      StanM@TheMMLawFirm.com
2  HECTOR R. MARTINEZ (Bar No. 206336)
      HectorM@TheMMLawFirm.com
3  MARCO A. PALAU (Bar. No. 242340)
      MPalau@TheMMLawFirm.com
4  JOSEPH D. SUTTON (Bar No. 269951)
      JSutton@TheMMLawFirm.com
5  MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
6  Oakland, California 94612-3547
   Telephone: (510) 832-9999
7  Facsimile: (510) 832-1101

8  Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| JESUS DE LEON, JOSE DE JESUS URZUA, RUBEN GALLO, RUBEN GALLO JR., JUAN MANUEL GALLO, CRECENSIO SANCHEZ, ALEJANDRO ROMO MORALES, JOSE ROBERTO SANTOS CASTRO, VICENTE SANTOS CASTRO, RICARDO TRUJILLO, LUIS GALLO, and MELKISEDEC BARRERA, on behalf of all similarly situated individuals,<br><br>      Plaintiffs,<br><br>  vs.<br><br>BURKETT'S POOL PLASTERING, INC., ROBERT BURKETT, and MATTHEW WINDORSKI<br><br>      Defendants. | Case No. 2:12-cv-02740-TLN-EFB<br><br>[~~PROPOSED~~] ORDER RE: PARTIES' STIPULATION TO EXTEND THE DISCOVERY DEADLINE PENDING MARCH 10, 2015 MEDIATION<br><br>Complaint File:    November 6, 2012<br>Trial Date:        August 31, 2015 |

PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS:

The Court having read and considered the papers on the motion, the arguments of counsel, the law, and good cause appearing, it is hereby ORDERED that:

1. The fact discovery deadline in this matter be extended to April 10, 2015, so that the Parties can focus their energy and resources on the March 10, 2015 mediation.

2. All pending discovery, including depositions and filing motions, is stayed between until March 22, 2015 so that the Parties may preserve resources and focus their energy and resources on the March 10, 2015 mediation.

3. All pending deposition subpoenas or deposition notices will be withdrawn as if they had never been issued with no crediting of time for any statutory purpose.

4. No new discovery other than re-serving the Parties' pending subpoenas and deposition notices after March 22, 2015 may be issued.

5. No motions may be filed until March 22, 2015.

6. Any motions filed since February 15, 2015 shall be withdrawn.

7. The Parties agree to accept service by email for re-serving the Parties' pending subpoenas and deposition notices

So Ordered.

Dated: March 16, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE