1  Mark H. Van Brussel, State Bar No. 80777
   mvanbrussel@cdflaborlaw.com
2  Jeremy T. Naftel, State Bar No. 185215
   jnaftel@cdflaborlaw.com
3  CAROTHERS DISANTE & FREUDENBERGER LLP
   900 University Avenue
4  Suite 200
   Sacramento, California 95825
5  Telephone:  (916) 361-0991
   Facsimile:  (916) 570-1958
6
   Attorneys for Defendants
7  BURKETT'S POOL PLASTERING, INC.,
   ROBERT BURKETT and MATTHEW
8  WINDORSKI

9  Stan S. Mallison, State Bar No. 184191
   MALLISON & MARTINEZ
10 1939 Harrison Street, Suite 730
   Oakland, California 94549
11 Telephone: 510-832-9999
   Facsimile: 510-832-1101
12
   Attorneys for Plaintiffs
13

14              **UNITED STATES DISTRICT COURT**

15              **EASTERN DISTRICT OF CALIFORNIA**

16

17 | JESUS DE LEON, JOSE DE JESUS URZUA, RUBEN GALLO, RUBEN GALLO, JR., JUAN MANUEL GALLO, CRECENSIO SANCHEZ, ALEJANDRO ROMO MORALES, JOSE ROBERTO SANTOS CASTRO, VICENTE SANTOS CASTRO, RICARDO TRUJILLO, LUIS GALLO, and MELKISEDEC BARRERA, on behalf of all similarly situated individuals, | ) Case No. 2:12-CV-02740-TLN-EFB
                                                                                                                                                                                                                                                                                                          ) **STIPULATION TO STAY ACTION;  ORDER**
                                                                                                                                                                                                                                                                                                          ) Action Filed:   November 6, 2012

              Plaintiffs,
        vs.

   BURKETT'S POOL PLASTERING, INC., ROBERT BURKETT, and MATTHEW WINDORSKI,

              Defendants.

                                                        STIPULATION TO STAY ACTION; ORDER

## RECITALS

A. This matter is set to begin trial on August 31, 2015, with a Final Pretrial Conference set for June 18, 2015.

B. Plaintiffs and Defendants ("the parties") have filed cross motions for partial summary judgment scheduled to be heard on May 7, 2015.

C. The parties have participated in mediation and have reached a settlement of all claims and issues presented by the above-titled lawsuit.

D. The parties wish to stay all proceedings in this matter pending the finalization of their settlement in writing in order to avoid spending the Court's time and their own on motions, hearings and deadlines that will be rendered moot once the settlement is consummated.

## STIPULATION

NOW, THEREFORE, in consideration of the foregoing, the parties hereby stipulate to the following:

1. That all proceedings in this matter shall be stayed, effective April 30, 2015;

2. That the parties will devote their efforts to finalizing settlement;

3. That the parties' cross motions for partial summary judgment, set for hearing on May 7, 2015, shall be taken off calendar;

4. That the parties shall finalize their settlement and shall, by May 13, 2015, file with the Court a stipulation to dismiss the action;

5. That if the parties do not, by May 13, 2015, file a stipulation of dismissal or a stipulation for further extension of the stay, then the Court may lift the stay and restore the matter to the status quo ante;

6. That if the stay is lifted, the parties' cross motions for partial summary judgment, currently set for May 7, 2015, shall be restored to the Court's calendar and set for hearing on **June 04, 2015 at 2:00 p.m.**

7. That Defendants preserve all objections to the timeliness of Plaintiffs' motion for partial summary judgment and to the timeliness of Plaintiffs' opposition to Defendants' motion for partial summary judgment.

Dated: April 29, 2015          CAROTHERS DISANTE & FREUDENBERGER LLP

By:  */s/Mark H. Van Brussel*
Mark H. Van Brussel
Attorneys for Defendants
BURKETT'S POOL PLASTERING, INC.,
ROBERT BURKETT and MATTHEW WINDORSKI

Dated: April 29, 2015          MALLISON & MARTINEZ

By:  */s/Stan S. Mallison*
Stan S. Mallison
Attorneys for Plaintiffs
JESUS DE LEON, et al.

IT IS SO ORDERED

Dated: May 1, 2015

Troy L. Nunley
United States District Judge

2          STIPULATION TO STAY ACTION; ORDER