1   Mark H. Van Brussel, State Bar No. 80777
mvanbrussel@cdflaborlaw.com
2   Jeremy T. Naftel, State Bar No. 185215
jnaftel@cdflaborlaw.com
3   CAROTHERS DISANTE & FREUDENBERGER LLP
900 University Avenue
4   Suite 200
Sacramento, California 95825
5   Telephone:  (916) 361-0991
Facsimile:  (916) 570-1958

6
Attorneys for Defendants
7   BURKETT'S POOL PLASTERING, INC.,
ROBERT BURKETT and MATTHEW
8   WINDORSKI

9   Stan S. Mallison, State Bar No. 184191
MALLISON & MARTINEZ
10   1939 Harrison Street, Suite 730
Oakland, California 94549
11   Telephone: 510-832-9999
Facsimile: 510-832-1101

12
Attorneys for Plaintiffs
13

14                **UNITED STATES DISTRICT COURT**

15                **EASTERN DISTRICT OF CALIFORNIA**

16

17   JESUS DE LEON, JOSE DE JESUS                ) Case No. 2:12-CV-02740-TLN-EFB
URZUA, RUBEN GALLO, RUBEN                   )
18   GALLO, JR., JUAN MANUEL GALLO,             ) **FURTHER STIPULATION TO**
CRECENSIO SANCHEZ, ALEJANDRO                ) **STAY ACTION; ORDER**
19   ROMO MORALES, JOSE ROBERTO                 )
SANTOS CASTRO, VICENTE SANTOS               )
20   CASTRO, RICARDO TRUJILLO, LUIS             ) Action Filed:   November 6, 2012
GALLO, and MELKISEDEC BARRERA,              )
21   on behalf of all similarly situated          )
individuals,                                )
22                                               )
            Plaintiffs,                     )
23       vs.                                    )
                                               )
24   BURKETT'S POOL PLASTERING,                 )
INC., ROBERT BURKETT, and                   )
25   MATTHEW WINDORSKI,                         )
                                               )
26           Defendants.                    )
   _____ )
27

28
                                    1
                                          STIPULATION TO STAY ACTION; ORDER

## RECITALS

A.     This matter is set to begin trial on August 31, 2015, with a Final Pretrial Conference set for June 18, 2015.

B.     Plaintiffs and Defendants ("the parties") filed cross motions for partial summary judgment scheduled to be heard on May 7, 2015.

C.     The parties have participated in mediation and have reached a settlement of all claims and issues presented by the above-titled lawsuit.

D.     The parties wish to stay all proceedings in this matter pending the finalization of their settlement in writing in order to avoid spending the Court's time and their own on motions, hearings and deadlines that will be rendered moot once the settlement is consummated.  The court previously took the parties' cross motions for partial summary judgment, set for May 7, 2015 hearing, off calendar and ordered this case stayed until May 13, 2015 (Doc. 98).

E.     Additional time is needed to complete the settlement given the multitude of parties and complexity of issues.

## STIPULATION

NOW, THEREFORE, in consideration of the foregoing, the parties hereby stipulate to the following:

1.     That all proceedings in this matter shall continue to be  stayed;

2.     That the parties will devote their efforts to finalizing settlement;

3.     That the parties' cross motions for partial summary judgment will remain off calendar;

4.     That the parties shall finalize their settlement and shall, by May 30, 2015, file with the Court a stipulation to dismiss the action;

5.     That if the parties do not, by May 30, 2015, file a stipulation of dismissal or a stipulation for further extension of the stay, then the Court may lift the stay and restore the matter to the status quo ante;

2                    STIPULATION TO STAY ACTION;] ORDER

1    6.    That if the stay is lifted, the parties' cross motions for partial summary

2 judgment shall be restored to the Court's calendar and set for hearing for a date in

3 mid to late June 2015.

4    7.    That Defendants preserve all objections to the timeliness of Plaintiffs'

5 motion for partial summary judgment and to the timeliness of Plaintiffs' opposition

6 to Defendants' motion for partial summary judgment.

7

8

9 Dated:  May 11, 2015          CAROTHERS DISANTE & FREUDENBERGER
                               LLP
10

11
                               By:  ___/s/Mark H. Van Brussel_____
12                                      Mark H. Van Brussel
                               Attorneys for Defendants
13                             BURKETT'S POOL PLASTERING, INC.,
                               ROBERT BURKETT and MATTHEW
14                             WINDORSKI

15
   Dated:  May 11, 2015          MALLISON & MARTINEZ
16

17

18                             By:  ___/s/Stan S. Mallison_____
                                        Stan S. Mallison
19                             Attorneys for Plaintiffs
                               JESUS DE LEON, et al.
20

21

22

23        IT IS SO ORDERED

24

25 Dated:  May 12, 2015

26
                                        Troy L. Nunley
27                                      United States District Judge

28
                               _____
                          3    STIPULATION TO STAY ACTION;] ORDER