1 | Mark H. Van Brussel, State Bar No. 80777
mvanbrussel@cdflaborlaw.com
2 | Jeremy T. Naftel, State Bar No. 185215
jnaftel@cdflaborlaw.com
3 | CAROTHERS DISANTE & FREUDENBERGER LLP
900 University Avenue
4 | Suite 200
Sacramento, California 95825
5 | Telephone:  (916) 361-0991
Facsimile:  (916) 570-1958

Attorneys for Defendants
BURKETT'S POOL PLASTERING, INC.,
ROBERT BURKETT and MATTHEW
WINDORSKI

Stan S. Mallison, State Bar No. 184191
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94549
Telephone: 510-832-9999
Facsimile: 510-832-1101

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS DE LEON, JOSE DE JESUS URZUA, RUBEN GALLO, RUBEN GALLO, JR., JUAN MANUEL GALLO, CRECENSIO SANCHEZ, ALEJANDRO ROMO MORALES, JOSE ROBERTO SANTOS CASTRO, VICENTE SANTOS CASTRO, RICARDO TRUJILLO, LUIS GALLO, and MELKISEDEC BARRERA, on behalf of all similarly situated individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> BURKETT'S POOL PLASTERING, INC., ROBERT BURKETT, and MATTHEW WINDORSKI, <br><br> Defendants. | Case No. 2:12-CV-02740-TLN-EFB <br><br> **FURTHER STIPULATION TO STAY ACTION; ORDER** <br><br> Action Filed:   November 6, 2012 |

1   STIPULATION TO STAY ACTION; ORDER

## RECITALS

A. This matter is set to begin trial on August 31, 2015, with a Final Pretrial Conference set for June 18, 2015.

B. Plaintiffs and Defendants ("the parties") filed cross motions for partial summary judgment scheduled to be heard on May 7, 2015.

C. The parties have participated in mediation and have reached a settlement of all claims and issues presented by the above-titled lawsuit.

D. The parties wish to stay all proceedings in this matter pending the finalization of their settlement in writing in order to avoid spending the Court's time and their own on motions, hearings and deadlines that will be rendered moot once the settlement is consummated. The court previously took the parties' cross motions for partial summary judgment, set for May 7, 2015 hearing, off calendar and ordered this case stayed until May 13, 2015 (Doc. 98).

E. The parties stipulated to extending the stay and the date by which the parties must file a stipulation of dismissal on May 11, 2015 and the Court granted the request on May 13, 2015 (Doc. 100).

F. The parties are in the final stages of the settlement terms to a written settlement agreement and require additional time to complete the settlement. Obtaining and reviewing the data needed to calculate the pro rata shares of the settlement for the 18 settling parties has taken longer than counsel initially expected, but is now in the final stages.

## STIPULATION

NOW, THEREFORE, in consideration of the foregoing, the parties hereby stipulate to the following:

1. That all proceedings in this matter shall continue to be stayed;

2. That the parties will devote their efforts to finalizing settlement;

3. That the parties' cross motions for partial summary judgment will remain off calendar;

4. That the parties shall finalize their settlement and shall, by June 15, 2015, file with the Court a stipulation to dismiss the action;

5. That if the parties do not, by June 15, 2015, file a stipulation of dismissal or a stipulation for further extension of the stay, then the Court may lift the stay and restore the matter to the status quo ante;

6. That if the stay is lifted, the parties' cross motions for partial summary judgment shall be restored to the Court's calendar and set for hearing for a date in early to mid July 2015.

7. That Defendants preserve all objections to the timeliness of Plaintiffs' motion for partial summary judgment and to the timeliness of Plaintiffs' opposition to Defendants' motion for partial summary judgment.

Dated: May 29, 2015    CAROTHERS DISANTE & FREUDENBERGER LLP

By:  */s/Mark H. Van Brussel*
       Mark H. Van Brussel
Attorneys for Defendants
BURKETT'S POOL PLASTERING, INC., ROBERT BURKETT and MATTHEW WINDORSKI

Dated: May 29, 2015    MALLISON & MARTINEZ

By:  */s/Stan S. Mallison*
       Stan S. Mallison
Attorneys for Plaintiffs
JESUS DE LEON, et al.

1  IT IS SO ORDERED

3  Dated: June 2, 2015

Troy L. Nunley
United States District Judge